UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                    **'O'**

| Case No. | 5:26-cv-02829-CAS-ADS | Date | June 3, 2026 |
|---|---|---|---|
| Title | Andrey Juhanner Orjuela Aristizabal v. Warden et al. | | |

Present: The Honorable     CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                              Not Present

**Proceedings:**    (IN CHAMBERS) – PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 (Dkt. 1, filed May 26, 2026)

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (Dkt. 2, filed May 26, 2026)

## I.    INTRODUCTION

On May 26, 2026, Andrey Juhanner Orjuela Aristizabal ("Petitioner"), pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 against the Warden of the Adelanto Processing Center, Ernesto Santacruz, Jr., Todd Lyons, Markwayne Mullin, and Todd Blanche.  Dkt. 1 ("Pet.").  Petitioner asserts that his detention violates the Immigration and Nationality Act ("INA"), the Administrative Procedure Act, and the Due Process Clause of the Fifth Amendment of the U.S. Constitution.  Id. at 9-11.  Petitioner requests that the Court order his immediate release from immigration detention, or in the alternative, order an individualized bond hearing before an immigration judge.  Id. at 11.

The same day, Petitioner filed the instant *ex parte* application for a temporary restraining order ("TRO") and a preliminary injunction.  Dkt. 2 ("App.").

The filing of Petitioner's instant *ex parte* motion for a temporary restraining order does not alter or suspend the parties' obligations under the expedited briefing schedule set forth in the "Notice of General Order 26-05 and Briefing Schedule."  Dkt. 4.  Pursuant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**                    **'O'**

| Case No. | 5:26-cv-02829-CAS-ADS | Date | June 3, 2026 |
|---|---|---|---|
| Title | Andrey Juhanner Orjuela Aristizabal v. Warden et al. | | |

to the General Order, Respondents shall file an answer to the petition no later than June 2, 2026 and serve the answer on the pro se Petitioner.  Petitioner shall file a reply on or before June 16, 2026.  Thereafter, the matter will stand submitted for final disposition.

On June 2, 2026, Respondents filed an answer to the Petition.  Dkt. 7 ("Ans.").  Respondents state that "[they] are not presenting an opposition argument at this time.  Should the Court enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter." Id. at 2.

Having carefully considered the parties' arguments and submissions, the Court finds and concludes as follows.

## II.    BACKGROUND

Petitioner alleges the following in his petition, and Respondents do not contest Petitioner's version of the facts.  See generally Ans.

On November 8, 2022, Petitioner was apprehended by U.S. Customs and Border Protection near San Luis, Arizona.  Pet. ¶ 19.  Petitioner was conditionally paroled into the United States pursuant to 8 U.S.C. § 1182(d)(5)(A).   Id.

Petitioner was placed in removal proceedings and provided a Notice to Appear.  Id. ¶ 20.  Petitioner has never violated any term of his conditional release; he never failed to appear at any immigration proceeding; he never received any notice of revocation of his § 1182(d)(5) conditional parole.  Id. ¶ 21.

On May 3, 2026, Petitioner was taken into ICE custody in Los Angeles, California.  Id. ¶ 28.  No new conduct, criminal or otherwise, prompted his arrest.  Id.  ICE acted unilaterally and without any individualized determination that detention was necessary to prevent flight or danger.  Id.

Petitioner was transported to the Adelanto ICE Processing Center, where he has remained continuously since that date.  Id. ¶ 29.

///

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                     **'O'**

| Case No. | 5:26-cv-02829-CAS-ADS | Date | June 3, 2026 |
|---|---|---|---|
| Title | Andrey Juhanner Orjuela Aristizabal v. Warden et al. | | |

## III.   DISCUSSION

Petitioner argues that his re-arrest on May 3, 2026, without a hearing, violates the Due Process Clause of the Fifth Amendment.  See App. at 5.

In their answer to the Petition, Respondents do not address Petitioner's due process arguments.  Respondents state that "[they] are not presenting an opposition argument at this time. Should the Court enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter."  Ans. at 2.

Because Respondents do not oppose the Petition and state that "judgment may be entered" in favor of Petitioner, Ans. at 2, the Court finds that the Petition should be granted, and judgment should be entered in favor of Petitioner.

## IV.   CONCLUSION

In accordance with the foregoing, the Court **GRANTS** the Petition.  The Court **DENIES** as moot Petitioner's *ex parte* application for a temporary restraining order.  It is hereby **ORDERED** that:

1. Respondents shall effectuate the immediate release of Petitioner Andrey Juhanner Orjuela Aristizabal (A# 243-156-883) from custody to the conditions of release that existed prior to his re-arrest;

2. Respondents shall not re-detain Petitioner absent compliance with constitutional protections, which include, a pre-deprivation notice describing the change of circumstances necessitating Petitioner's arrest and detention, and a timely hearing.  At any such hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have counsel present;

3. Judgment is entered in favor of Petitioner;

///

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          **'O'**

| Case No. | 5:26-cv-02829-CAS-ADS | Date | June 3, 2026 |
|----------|------------------------|------|--------------|
| Title | Andrey Juhanner Orjuela Aristizabal v. Warden et al. | | |

4. Respondents shall file a status report or Notice of Release within two (2) days of this Order confirming their compliance with this Order.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|--|--|----|---|----|
| Initials of Preparer | | | CMJ | |