JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANDREY JUHANNER
ORJUELA ARISTIZABAL,

               Petitioner,

        v.

WARDEN, et al.,

               Respondents.

Case No. 5:26-cv-02829-CAS-ADS

**JUDGMENT**

Pursuant to the Court's Order, Dkt. 8,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: June 3, 2026

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE